

FILED
RICHARD W. NAGEL
CLERK OF COURT
2024 MAY 14 PM 12: 07
U.S. DISTRICT COURT
SOUTHERN DIST OHIO
EAST DIV COLUMBUS

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MAR-KAELON D. DUFFY-HOWARD,<br><br>Defendant. | CASE NO.<br><br>JUDGE<br><br>**INDICTMENT**<br><br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(a)(8)<br><br>**FORFEITURE ALLEGATION** |

**THE GRAND JURY CHARGES:**

## COUNT ONE
### (Felon in Possession of a Firearm)

1.  On or about February 18, 2024, in the Southern District of Ohio, the defendant, **MAR-KAELON D. DUFFY-HOWARD**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: one Glock, model 17, 9mm pistol, bearing serial number BVZR015, said firearm having been shipped and transported in interstate or foreign commerce.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).**

## COUNT TWO
### (Felon in Possession of Ammunition)

2.  On or about February 18, 2024, in the Southern District of Ohio, the defendant, **MAR-KAELON D. DUFFY-HOWARD**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition, to wit: fourteen rounds of Blazer 9mm ammunition and two rounds of Winchester 9mm

ammunition, said ammunition having been shipped and transported in interstate or foreign commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

## FORFEITURE ALLEGATION

3. The allegations of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

4. Upon conviction of any offense alleged in Count One and Count Two of the Indictment, the defendant, **MAR-KAELON D. DUFFY-HOWARD**, shall forfeit to the United States, in accordance with 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in such offense, including, but not limited to:

- One Glock, model 17, 9mm pistol, bearing serial number BVZR015;
- Fourteen rounds of Blazer 9mm ammunition; and
- Two rounds of Winchester 9mm ammunition.

**Forfeiture pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.**

A TRUE BILL

*s/Foreperson*
**GRAND JURY FOREPERSON**

**KENNETH L. PARKER**
**UNITED STATES ATTORNEY**

**ELIZABETH A. GERAGHTY (0072275)**
**Assistant United States Attorney**

2